UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/08
```

---

333 EAST 60th STREET, INC.,

                Plaintiff,

-v-

NEW YORK STATE LIQUOR
AUTHORITY, *et al.*,

                Defendants.

---

No. 08 Civ. 4147 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    During the telephone conference on June 19, 2008, the Court adopted the following schedule:

    Defendants shall file and serve their opposition papers to plaintiff's motion for a preliminary injunction, as well as any papers in support of a cross-motion, on or before July 8, 2008.

    Plaintiff shall file and serve its reply papers in support of its motion, as well as any opposition papers to defendants' motion, on or before July 18, 2008.

    Defendants shall file and serve reply papers in support of their cross-motion, if any, on or before July 25, 2008.

SO ORDERED.

DATED:    New York, New York
               June 19, 2008

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE