UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| 33 EAST 60TH STREET, INC. d/b/a Scores East, : | 08 Civ. 4147 (RJS) (GWG) |
| Plaintiff, : | |
| -against- : | |
| NEW YORK STATE LIQUOR AUTHORITY, DANIEL B. BOYLE, individually, LAWRENCE J. GEDDA, individually, NOREEN HEALEY, individually, and the CITY OF NEW YORK, : | **NOTICE OF CROSS-MOTION** |
| Defendants. : | |

------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the complaint, filed on May 1, 2008, the answer on behalf of State defendants filed on June 16, 2008, the declaration of Joel Graber, an Assistant Attorney General, dated July 8, 2008, and the exhibits annexed thereto, and State defendants' memorandum of law submitted herewith, and upon all prior papers and proceedings heretofore had herein, the undersigned will cross-move this Court, before the Honorable Richard J. Sullivan, United States District Judge, on a date to be determined by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order and judgment, pursuant to Rule12(c) of the Federal Rules of Civil Procedure, dismissing the complaint in this action, and granting such other and further relief as the Court may deem just and proper.

Dated:     New York, New York
           July 8, 2008

                                        ANDREW M. CUOMO
                                        Attorney General of the
                                           State of New York
                                        **Attorney for State Defendants**
                                        By:

                                        *[signature]*
                                        JOEL GRABER (JG-3337)
                                        Assistant Attorney General
                                        Special Litigation Counsel
                                        Litigation Bureau
                                        120 Broadway – 24th Floor
                                        New York, NY 10271-0332
                                        (212) 416-8645
                                        FAX (212) 416-6009
                                        Joel.Graber@oag.state.ny.us