STATE OF NEW YORK                    SOUTHERN DIST. COUNTY          U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08-civ 4147        AND FILED ON
ATTORNEY(S) Lovett & Gould, Esqs. , Ann Frank, Lgl Asst.

_333 East 60th Street, Inc., d/b/a Scores, East_                    Plaintiff(s)/Petitioner(s)

_vs_

_New York State Liquor Authority, et al_                           Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF   ALBANY                    , SS.:

Christopher Warner                 , being duly sworn deposes and says deponent is not a party herein,

is over the age of eighteen years and resides in the State of New York. That on _____ May 2, 2008 _____ at _____ 3:05 pm _____ M
at _____ 80 So. Swan St., Albany, NY _____          deponent (did) did not) serve the within

Summons, complaint- electronic filine rules

on: _____ New York State Liquor Authority _____ , _____ Defendant _____ (herein called recipient) therein named.

**#1 INDIVIDUAL**
[ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.**
[X]
A _____ xxxxxxx _____ corporation, by delivering thereat a true copy of each to _____ Leslie W. Trebby _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ Associate Attorney _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON**
[ ]
By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's   [ ] actual place of business      [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR**
[ ]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY**
[ ]
On _____ deponent completed service under the last two sections by depositing a copy of the
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE**
[ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading    [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other

**#7 DESCRIPTION**
[X]
(use with #1, 2 or 3)
A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex _Male_ Color of skin _White_ Color of hair _Graying_ Approx.Age _51 - 65 Yrs._ Approx.Height _5' 9" - 6' 0"_ Approx.
weight _Over 200 Lbs._ Other _Beard, Moustache_

**#8 WIT. FEES**
[ ]
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this

5th _day of_ _____ May, 2008

Notary Public
NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO4508730, Rensselaer County
Commission Expires June 30, 2011

Christopher Warner

Invoice-Work Order # 0808512

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**

STATE OF NEW YORK                              SOUTHERN DIST. COUNTY                    U. S. DISTRICT COURT

DOCUMENTS SERVED WITH INDEX # 08-civ 4147        AND FILED ON

ATTORNEY(S) Lovett & Gould, Esqs. , Ann Frank, Lgl Asst.

---

*333 East 60th Street, Inc., d/b/a Scores, East*                          Plaintiff(s)/Petitioner(s)

*vs*

*New York State Liquor Authority, et al*                                  Defendant(s)/Respondent(s)

---

STATE OF NEW YORK: COUNTY OF  ALBANY                              , SS.:

_____Christopher Warner_____, being duly sworn deposes and says deponent is not a party herein,

is over the age of eighteen years and resides in the State of New York. That on _____May 13, 2008_____ at _____10:35 am_____ M

at _____State Liquor Authority, 80 S. Swan St., Albany, NY_____ deponent (did, ~~did not~~) serve the within

Summons, complaint- electronic filine rules

on: _____Daniel B. Boyle_____ , _____Defendant_____ (herein called recipient) therein named.

**#1 INDIVIDUAL** ☐
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** ☐
A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** ☒
By delivering a true copy of each to _____Lelie W. Trebby-Assoc. Att._____ a person of suitable age and discretion. Said premises is recipient's  [x] actual place of business      [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** ☐
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** ☒
On _____May 14, 2008_____ deponent completed service under the last two sections by depositing a copy of the
Summons and Complaint _____Electronic Filing Rules_____
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** ☐
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other

**#7 DESCRIPTION** ☒
(use with #1, 2 or 3)
A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex _____Male_____ Color of skin _____White_____ Color of hair _____Gray_____ Approx. Age _____51 - 65 Yrs._____ Approx. Height _____5' 9" - 6' 0"_____ Approx. weight _____Over 200 Lbs._____ Other _____Beard, Moustache, Glasses_____

**#8 WIT. FEES** ☐
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this

14th day of May, 2008

_____
Notary Public
NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO4503730, Rensselaer County
Commission Expires June 30, 2011

_____
Christopher Warner

Invoice-Work Order # 0808514

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**

STATE OF  NEW YORK              UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.4147          AND FILED ON          5/1/2008

---

| | |
|---|---|
| 333 EAST 60TH STREET, INC., D/B/A SCORES, EAST | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| NEW YORK STATE LIQUOR AUTHORITY, ET AL | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                           )
                                                                             SS
COUNTY OF WESTCHESTER                               )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On____5/19/2008____ at ____11:14AM____ , deponent did
serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      NOREEN HEALEY                                                (herein called recipient)
                                                                                                    therein  named.
At Location:       NEW YORK STATE LIQUOR AUTHORITY
                   317 LENOX AVENUE
                   NEW YORK NY

By delivering to and leaving with ___DARREN LANG, CLERK_____ a person of suitable age and discretion.
Said premises is recipient's |✔| actual place of business  | |  dwelling house(usual place of abode) within the state.

On_____5/19/08____ , deponent completed service by depositing a copy of the

        SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 34 | Height | 5'9" | Weight | 255 |
| Other Features | | | MOUSTACHE,BEARD | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the ___5/19/2008___

_____

                                                                Eric Averbach

                                                                Server's License#:  918927

2010

STATE OF  NEW YORK              UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  08CIV.4147          AND FILED ON          5/1/2008

333 EAST 60TH STREET, INC., D/B/A SCORES, EAST

Vs.

NEW YORK STATE LIQUOR AUTHORITY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                )
                                                                          )  SS
COUNTY OF WESTCHESTER                                   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____5/6/2008_____ at _____3:51PM_____, deponent did serve the within process as follows:

Process Served:

**Party Served:**

SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

CITY OF NEW YORK

(herein called recipient) therein  named.

At Location:

100 CHURCH STREET

NEW YORK NY  10007

By delivering to and leaving with ANGELA GONZALEZ _____ and that deponent knew the person

so served to be the   CLERK

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM        Color of Skin  BROWN        Color of Hair  BLACK

Age  27          Height  5'6"

Weight  136          Other Features  GLASSES

Sworn to before me on _____5/9/2008_____

Eric Averbach

Server's License#:   918927

20/0