STATE OF NEW YORK     SOUTHERN DIST. COUNTY     U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08-civ 4147     AND FILED ON
ATTORNEY(S) Lovett & Gould, Esqs., Ann Frank, Lgl Asst.

*333 East 60th Street, Inc., d/b/a Scores, East*     Plaintiff(s)/Petitioner(s)

vs

*New York State Liquor Authority, et al*     Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

Christopher Warner, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on May 2, 2008 at 3:05 pm M at 80 So. Swan St., Albany, NY deponent (did) (did not) serve the within Summons, complaint- electronic filine rules

on: New York State Liquor Authority , Defendant (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X]
A xxxxxxx corporation, by delivering thereat a true copy of each to Leslie W. Trebby personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Associate Attorney thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [ ]
By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ]
On _____ deponent completed service under the last two sections by depositing a copy of the to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SERVICE** [ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)
A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex Male  Color of skin White  Color of hair Graying  Approx.Age 51 - 65 Yrs.  Approx.Height 5' 9" - 6' 0" Approx.
weight Over 200 Lbs.  Other Beard, Moustache

**#8 WIT. FEES** [ ]
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
5th day of May, 2008

Notary Public
NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO4508730, Rensselaer County
Commission Expires June 30, 2011

Christopher Warner

**Invoice-Work Order # 0808512**

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**

| STATE OF NEW YORK | SOUTHERN DIST. COUNTY | U. S. DISTRICT COURT |
|---|---|---|

DOCUMENTS SERVED WITH INDEX # 08-civ 4147    AND FILED ON
ATTORNEY(S) Lovett & Gould, Esqs., Ann Frank, Lgl Asst.

*333 East 60th Street, Inc., d/b/a Scores, East*     Plaintiff(s)/Petitioner(s)

vs

*New York State Liquor Authority, et al*     Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

__Christopher Warner__, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on __May 13, 2008__ at __10:35 am__ M at __State Liquor Authority, 80 S. Swan St., Albany, NY__ deponent (did, ~~did not~~) serve the within Summons, complaint- electronic filine rules

on: __Daniel B. Boyle__, __Defendant__ (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [ ]
A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [x]
By delivering a true copy of each to __Lelie W. Trebby-Assoc. Att.__ a person of suitable age and discretion. Said premises is recipient's [x] actual place of business    [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [x]
On __May 14, 2008__ deponent completed service under the last two sections by depositing a copy of the Summons and Complaint    Electronic Filing Rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other

**#7 DESCRIPTION** [x] (use with #1, 2 or 3)
A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex __Male__  Color of skin __White__  Color of hair __Gray__  Approx. Age __51 - 65 Yrs.__  Approx. Height __5' 9" - 6' 0"__ Approx. weight __Over 200 Lbs.__  Other __Beard, Moustache, Glasses__

**#8 WIT. FEES** [ ]
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
14th day of May, 2008

Notary Public
NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO4503730, Rensselaer County
Commission Expires June 30, 2011

Christopher Warner

Invoice-Work Order # 0808514

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.4147 | AND FILED ON 5/1/2008 |

| 333 EAST 60TH STREET, INC., D/B/A SCORES, EAST | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs. | |
| NEW YORK STATE LIQUOR AUTHORITY, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **5/19/2008** at **11:14AM**, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: NOREEN HEALEY        (herein called recipient) therein named.
At Location: NEW YORK STATE LIQUOR AUTHORITY
317 LENOX AVENUE
NEW YORK NY

By delivering to and leaving with **DARREN LANG, CLERK** a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On **5/19/08**, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 34 | Height | 5'9" | Weight | 255 |
| Other Features | | | MOUSTACHE, BEARD | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the **5/19/2008**

Eric Averbach

Server's License#: **918927**

| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: 08CIV.4147 | AND FILED ON   5/1/2008 |

333 EAST 60TH STREET, INC., D/B/A SCORES, EAST

Vs.

NEW YORK STATE LIQUOR AUTHORITY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __5/6/2008__ at __3:51PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: CITY OF NEW YORK                                         (herein called recipient) therein named.

At Location: 100 CHURCH STREET

NEW YORK NY 10007

By delivering to and leaving with __ANGELA GONZALEZ__ and that deponent knew the person so served to be the __CLERK__

of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM        Color of Skin: BROWN        Color of Hair: BLACK
Age: 27         Height: 5'6"
Weight: 136     Other Features: GLASSES

Sworn to before me on __5/9/2008__

Jay Williams

Eric Averbach
Server's License#: 918927

20/0