STATE OF NEW YORK                    SOUTHERN DIST. COUNTY        U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX #  08-civ 4147        AND FILED ON
ATTORNEY(S) Lovett & Gould, Esqs. , Ann Frank, Lgl Asst.

---

*333 East 60th Street, Inc., d/b/a Scores, East*                    Plaintiff(s)/Petitioner(s)

*vs*

*New York State Liquor Authority, et al*                    Defendant(s)/Respondent(s)

---

STATE OF NEW YORK: COUNTY OF  ALBANY                    , SS.:

Christopher Warner                    , being duly sworn deposes and says deponent is not a party herein,

is over the age of eighteen years and resides in the State of New York. That on        May 2, 2008        at        3:05 pm        M

at                    80 So. Swan St., Albany, NY                    deponent (did) did not serve the within

Summons, complaint- electronic filine rules

on:        New York State Liquor Authority            ,    Defendant        (herein called recipient) therein named.

| | |
|---|---|
| **#1 INDIVIDUAL** ☐ | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. |
| **#2 CORP.** ☒ | A    xxxxxxx    corporation, by delivering thereat a true copy of each to _____ Leslie W. Trebby personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be    Associate Attorney    thereof. |
| | Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment. |
| **#3 SUITABLE AGE PERSON** ☐ | By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state |
| **#4 AFFIXING TO DOOR** ☐ | By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. |
| **#5 MAILING COPY** ☐ | On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent called at the aforementioned address on the following dates and times:

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

| | |
|---|---|
| **#6 NON-SERVICE** ☐ | After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other |
| **#7 DESCRIPTION** ☒ (use with #1, 2 or 3) | A description of the Defendant, or other person served, on behalf of the Defendant is as follows: Sex  Male  Color of skin  White  Color of hair  Graying  Approx.Age  51 - 65 Yrs.  Approx.Height  5' 9" - 6' 0"  Approx. weight  Over 200 Lbs.  Other  Beard, Moustache |
| **#8 WIT. FEES** ☐ | $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient. |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this

5th    day of    May, 2008                    _____
                                                    Christopher Warner
Notary Public
NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO4508730, Rensselaer County
Commission Expires June 30, 2011            **Invoice-Work Order #** 0808512

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**

STATE OF NEW YORK                          SOUTHERN DIST. COUNTY          U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08-civ 4147          AND FILED ON
ATTORNEY(S) Lovett & Gould, Esqs. , Ann Frank, Lgl Asst.

---

*333 East 60th Street, Inc., d/b/a Scores, East*                          Plaintiff(s)/Petitioner(s)

*vs*

*New York State Liquor Authority, et al*                          Defendant(s)/Respondent(s)

---

STATE OF NEW YORK: COUNTY OF  ALBANY                          , SS.:

        Christopher Warner                          , being duly sworn deposes and says deponent is not a party herein,

is over the age of eighteen years and resides in the State of New York. That on          May 13, 2008          at          10:35 am          M

at                State Liquor Authority, 80 S. Swan St., Albany, NY                          deponent (did, did not) serve the within

Summons,complaint- electronic filine rules

on:                Daniel B. Boyle                          , Defendant          (herein called recipient) therein named.

| | |
|---|---|
| **#1 INDIVIDUAL** ☐ | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. |
| **#2 CORP.** ☐ | A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof. |
| | Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment. |
| **#3 SUITABLE AGE PERSON** [X] | By delivering a true copy of each to    Lelie W. Trebby-Assoc. Att.    a person of suitable age and discretion. Said premises is recipient's  [x] actual place of business    [ ] dwelling house (usual place of abode) within the state |
| **#4 AFFIXING TO DOOR** | By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. |
| **#5 MAILING COPY** [X] | On    May 14, 2008    deponent completed service under the last two sections by depositing a copy of the Summons and Complaint          Electronic Filing Rules    to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent called at the aforementioned address on the following dates and times:

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

| | |
|---|---|
| **#6 NON- SERVICE** ☐ | After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [ ] Unknown at Address  [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist [ ] Other |
| **#7 DESCRIPTION** [X] (use with #1, 2 or 3) | A description of the Defendant, or other person served, on behalf of the Defendant is as follows:  Sex   Male   Color of skin   White   Color of hair   Gray   Approx.Age   51 - 65 Yrs.   Approx.Height  5' 9" - 6' 0" Approx. weight  Over 200 Lbs.   Other  Beard, Moustache, Glasses |
| **#8 WIT. FEES** ☐ | $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient. |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this

14th     day of          May, 2008

_____
Notary Public
NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO4563730, Rensselaer County
Commission Expires June 30, 2011

_____
Christopher Warner

Invoice-Work Order # 0808514

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**

STATE OF  NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  08CIV.4147          AND FILED ON          5/1/2008

---

333 EAST 60TH STREET, INC., D/B/A SCORES, EAST

Vs.

NEW YORK STATE LIQUOR AUTHORITY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                    )     **SS**

COUNTY OF WESTCHESTER                                  )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____5/19/2008_____ at _____11:14AM_____, deponent did
serve the within process as follows:

Process Served:   SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES
Party Served:     NOREEN HEALEY                                          (herein called recipient)
                                                                          therein   named.
At Location:      NEW YORK STATE LIQUOR AUTHORITY
                  317 LENOX AVENUE
                  NEW YORK NY

By delivering to and leaving with   DARREN LANG, CLERK_____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  | |  dwelling house(usual place of abode) within the state.

On_____5/19/08_____, deponent completed service by depositing a copy of the
     SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BLACK |
| Age | 34 | Height | 5'9" | Weight | 255 |
| Other Features | | | | MOUSTACHE,BEARD | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the      5/19/2008

_____                    _____
                                                     Eric Averbach

                                                     Server's License#:    918927

2010

STATE OF  NEW YORK                      UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  08CIV.4147              AND FILED ON              5/1/2008

---

333 EAST 60TH STREET, INC., D/B/A SCORES, EAST

Vs.

NEW YORK STATE LIQUOR AUTHORITY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                                )       SS

COUNTY OF WESTCHESTER                                   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____5/6/2008_____ at _____3:51PM_____, deponent did serve the within process as follows:

Process Served:

Party Served:

| SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES |
| CITY OF NEW YORK |

(herein called recipient) therein  named.

At Location:

| 100 CHURCH STREET |
| NEW YORK NY  10007 |

By delivering to and leaving with    ANGELA GONZALEZ                          and that deponent knew the person

so served to be the    CLERK

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM          Color of Skin  BROWN        Color of Hair  BLACK

Age  27           Height  5'6"

Weight  136                      Other Features  GLASSES

Sworn to before me on _____5/9/2008_____

_____

Eric Averbach

Server's License#:   918927

2018