UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

333 EAST 60TH STREET, INC., d/b/a
Scores East,

                      Plaintiff,                      08 Civ. 4147 (RJS)

        -against-

NEW YORK STATE LIQUOR AUTHORITY,        **AFFIDAVIT OF ELLIOT**
DANIEL B. BOYLE, individually,                  **OSHER IN OPPOSITION**
LAWRENCE J. GEDDA, individually,              **TO DEFENDANTS'**
NOREEN HEALEY, individually, and the        **MOTION TO DISMISS**
CITY OF NEW YORK,

                      Defendants.

------------------------------------------------------------x
STATE OF NEW YORK    )
                            )ss.:
COUNTY OF WESTCHESTER)

    ELLIOT OSHER, being duly sworn, deposes and says:

    1. I am a principal in, and officer of, the Plaintiff and submit this affidavit in opposition to Defendants' motions to dismiss and in further support of Plaintiff's motion for preliminary injunctive relief.

    2. With respect to the City's claims regarding street closures:

        a. The streets giving access to Scores West were routinely barricaded shut from approximately 10:00 p.m. to 5:00 or 5:30 a.m.,

        b. Routinely there was no pedestrian and/or vehicular traffic on either street and blockage of those streets only resulted from the presence of uniformed police officers, including those posted at the entrance of Scores West,

1

2

      c. The streets were barricaded shut five or six nights of every week, not for limited periods of time,

      d. The barricades of both streets occurred on many nights that the other clubs, referenced by the City, were not open for business, and,

      e. The barricades of those streets routinely commenced prior to Scores West's opening, a circumstance that prohibited the principals of the corporate Plaintiff, employees and the female dancer from parking in proximity to the premises.

    3. Commencing last night to my personal observation vehicular access to Scores East was barricaded by a traffic enforcement officer and a uniformed police officer in a marked police vehicle with his roof lights activated. In that connection the traffic enforcement officer turned away would be clientele of Scores East, falsely advising them that the premises "wasn't there any more". When I confronted him about that he advised me that: i) he had been instructed to say that to would-be patrons; ii) he had been instructed to prohibit vehicular access to the subject street; iii) and he admittedly was preventing vehicular access specifically because of "Scores". In that connection he in my presence advise the occupants of one motor vehicle that the could not enter the street because only "local deliveries" were permitted.

    4. With respect to "Nicole Green", I have reviewed all pertinent records of Scores East. At no time was any such individual employed by and/or permitted to work at Scores East's premises.

    5. By notice (copy annexed) the SLA has now scheduled the Scores East

revocation proceeding to commence next month, in Albany, New York.

WHEREFORE a hearing on Plaintiff's application for a preliminary injunction should be granted.

                                                                     _____
                                                                         Elliot Osher

Sworn to before me this
15th day of June, 2008.

_____
Notary Public

JONATHAN LOVETT
Notary Public, State of New York
No. 4668713
Qualified in Westchester County
Commission Expires November 30, 2010

3

JUL.10.2008  1:02PM   CORPORATE OFFICE                         NO.771   P.1/4

**STATE OF NEW YORK**
**DIVISION OF ALCOHOLIC BEVERAGE CONTROL**

80 South Swan Street, Suite 900          317 Lenox Avenue          535 Washington Street, Suite 303
Albany, NY 12210-8002                    New York, NY 10027         Buffalo, NY 14203

LICENSEE'S NAME AND ADDRESS OF PREMISES                    DATE:   07/05/2008

1143246, NEW YORK OP 1143246
1740-2008

333 EAST 60TH STREET INC                    **NOTICE OF HEARING**
SCORES                                      Case No. 49305
333 E 60TH STREET
NEW YORK, NY 10022

PLEASE TAKE NOTICE THAT the hearing in connection with the proceedings to suspend, cancel or revoke the license issued to you for the above premises has been scheduled for

Date and time of Hearing:      08/19/2008 at 10:30 AM

Place of Hearing:              NYS Liquor Authority - Albany,
                               Suite 900
                               80 South Swan Street
                               Albany, NY 12210

Report to Room:

You are hereby directed to appear at the aforementioned time and place. Failure to appear at the hearing will be deemed a "no contest" plea and no further hearing will be held.

**NOTE: PLEASE SEE ATTACHED REGARDING ADJOURNMENTS, NO CONTEST PLEAS AND TRANSLATOR SERVICES.**

Licensee's Representative
MARTIN P MEHLER, ESQ.
MEHLER & BUSCEMI, ESQS.
305 BROADWAY, #1102
NEW YORK NY 10007

                                            STATE LIQUOR AUTHORITY

Licensee's name and residence address
GOLDRING, RICHARD K
5 FOX CHASE DR
WATCHUNG, NJ 07069

                                            BY  Mary Jo Lattimore-Young, Esq

Licensee's Landlord
CLUB AT 60TH STREET INC
1396 VISTA MORAGA DR
LOS ANGELES, CA 90049