

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

ANDREW M. CUOMO
Attorney General

(212) 416-8645
FAX (212) 416-6009
joel.graber@oag.state.ny.us

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

July 25, 2008

Hon. Richard J. Sullivan
United States District Judge
United States District Court,
  Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York

    Re:    **333 East 60th Street, Inc. v. State Liquor Authority**
            SDNY 08 Civ. 4147 (RJS) (~~~~~)

Honorable Sir:

    In this action concerning the Scores East adult entertainment establishment, we are writing respectfully to request additional time to serve *via* ECF our reply papers in further support of defendant State Liquor Authority's motion to dismiss the action, and in further opposition to plaintiff's motion for a preliminary injunction. Pursuant to Your Honor's order of June 16, 2008, our reply is due today.

    We apologize to the Court for the lateness of this request, which we understand is not within Your Honor's Individual Practices. This is our first request for an extension. Defendant the City of New York has consented to this request, but counsel for plaintiff, Jonathan Lovett, advises me that he is constrained "reluctantly to decline to consent." The reason for this request is that due to other urgent litigation and short-staffing on account of vacation schedules we cannot today obtain adequate managerial review within the Attorney General's Office of our reply.

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

-2-

We respectfully request a one week extension to August 1, 2008. We are continuing to make diligent efforts to contact plaintiff's counsel to seek consent. We greatly appreciate Your Honor's consideration of this request.

Respectfully,

JOEL GRABER (JG-3337)
Assistant Attorney General
Special Litigation Counsel

cc:

ATTORNEYS-OF-RECORD

SO ORDERED
Dated: 7/25/08

RICHARD J. SULLIVAN
U.S.D.J.

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

TOTAL P.03