UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



333 EAST 60th STREET, INC.,

                Plaintiff,

-v-

NEW YORK STATE LIQUOR
AUTHORITY, *et al.*,

                Defendants.

No. 08 Civ. 4147 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

       The Court shall hold oral argument on the plaintiff's motion for a preliminary injunction on August 20, 2008 at 10:00 a.m. in Courtroom 9A, United States District Court, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

DATED:    August 7, 2008
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE