UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

---

333 EAST 60th STREET, INC., d/b/a Scores
East,

                                  Plaintiff,

            -v-

NEW YORK STATE LIQUOR AUTHORITY,
DANIEL B. BOYLE, LAWRENCE J.
GEDDA, NOREEN HEALEY, and THE CITY
OF NEW YORK,

                                  Defendants.

No. 08 Civ. 4147 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of plaintiff's letter dated August 8, 2008, requesting that the Court

stay the New York State Liquor Authority's revocation proceeding, currently scheduled for August

19, 2008, until the parties can be heard on the preliminary injunction motion.

Plaintiff's request for a stay is denied. Instead, the Court shall hear argument on the

preliminary injunction motion on August 15, 2008 at 2:30 p.m. in Courtroom 9A, United States

District Court, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

DATED:      August 13, 2008
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE